UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CRAIG MICHAEL MARIUTTO and ) | CASE NO. 19-05919-JJG-7 |
| KAITLIN WARD MARIUTTO ) | |
| ) | |
| Debtors. ) | |

### BUILD FUND, LLC'S UNOPPOSED MOTION PURSUANT TO BANKRUPTCY RULE 4003(b)(1) TO EXTEND THE TIME FOR BUILD FUND, LLC TO OBJECT TO THE DEBTORS' LIST OF PROPERTY CLAIMED EXEMPT

Build Fund, LLC ("Build"), a creditor and party- in- interest in these chapter 7 jointly administered cases (the "Chapter 7 Cases") hereby seeks pursuant to section 522, Title 11, United States Code (the "Bankruptcy Code") as implemented by Rule 4003(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") a sixty (60) day extension of time through and including December 10, 2019 for Build to object to the Debtors' list of property claimed exempt filed in these Chapter 7 Cases.  In support of this motion Build says as follows:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 1334 and 157 and the Standing Order of Referral of Bankruptcy Cases to this Court.  This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).   The Statutory predicate for this relief is Bankruptcy Code section 522 as implemented by Bankruptcy Rule 4003(b)(1).

2. Bankruptcy Rule 4003(b)(1) provides:

   Except as provided in paragraphs (2) and (3) [inapplicable here], a party in interest may file an objection to the list of property claimed as exempt within 30 days after the meeting of creditors held under §341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed.  *The Court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension.* (Emphasis Supplied).

3. Build Fund, LLC holds joint and several claims against the Debtors in excess of $360,000.00 and, therefore, is a party in interest in these Chapter 7 Cases with standing to object

to the Debtors' list of property claimed as exempt and, similarly, to seek a timely extension of such deadline. *See Taylor v. Freeland & Kronz*, 503 U.S. 638, 643 (1992) (creditors are included as parties in interest as used in Bankruptcy Rule 4003).

4. This motion is timely pursuant to Bankruptcy Rule 4003(b)(1) because the Debtor's meeting of creditors pursuant to Bankruptcy Code section 341 was held and concluded on September 11, 2019, and, therefore, the 30 day period thereafter within which to object to exemptions concludes on October 11, 2019, which time has not yet expired.

5. Cause exists here for Build's requested sixty-day extension of the date by which Build may object to the Debtors' list of property claimed as exempt for the following reasons:

   a. Build has requested from the Debtors documents respecting the current market value of certain assets claimed exempt by the Debtors, including, *inter alia*, Debtors' 100% equity interest in an operating restaurant entity, and, to date, the Debtors have provided only a portion of such information to Build with more to come in the near future;

   b. The Debtors and Build have commenced discussions respecting these valuation and other issues, but the Debtors and Build need additional time to conclude this voluntary information sharing process (or alternatively, to compel information sharing if voluntary efforts fail) and to seek resolution of issues related to the claim of exemptions;

   c. No party in interest is impaired by this request as it appears that other assets including the Debtors' residence should be administered by the Trustee in this case so case administration will not be unnecessarily protracted by this

      relatively short extension. Build, however, hereby reserves it right to seek further timely extensions if it deems such an extension to be necessary;

    d. Most importantly, the Debtors, through their counsel, Weston Overturf, have consented to Build's requested relief.

6. Based upon the foregoing, Build has demonstrated that it is a party in interest with standing to bring this motion pursuant to Bankruptcy Rule 4003(b)(1) and that all other conditions set forth in that Bankruptcy Rule for the granting of such relief ---timeliness and cause—have been satisfied here and this motion should granted.

WHEREFORE, Build Fund, LLC requests that the Court grant this motion and extend by sixty (60) days through and including December 10, 2019, the date established under Bankruptcy Rule 4003 by which Build Fund, LLC may object to the Debtors' list of property claimed exempt filed in these Chapter 7 Cases.

October 3, 2019                                            Respectfully submitted,

                                                                 /s/Michael W. Hile
                                                                 Michael W. Hile
                                                                 JACOBSON HILE KIGHT LLC
                                                                 108 E. 9th Street
                                                                 Indianapolis, Indiana 46202
                                                                 317-608-1131
                                                                 mhile@jhklegal.com

CERTIFICATE OF SERVICE

I certify that service of the foregoing was made by Court's ecf filing system on all persons seeking notice and service thereby.

                                                                  /s/Michael W. Hile
                                                                  Michael W. Hile