### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Craig Michael Mariutto | ) | |
| and Kaitlin Ward Mariutto | ) | CASE NO. 19-05919-JJG-7 |
| | ) | |
| Debtors. | ) | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND ABANDONMENT OF PROPERTY
### WITH 30-DAY WAIVER

The Creditor, JPMorgan Chase Bank, National Association (hereafter "Creditor"), hereby moves the Court, pursuant to 11 U.S.C. §362(d) and §554, to lift the automatic stay and abandon from the estate the following real property:

LOT NUMBERED 9 IN BLOCK 16 IN MARTINDALE'S LINCOLN PARK ADDITION, THIRD SECTION, AN ADDITION TO THE CITY OF INDIANAPOLIS, AS PER PLAT THEREOF RECORDED IN PLAT BOOK 10, PAGE 74, IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.

2436 N Alabama St, Indianapolis, IN 46205 – referred to as the "Property".

In support of the motion, the Creditor states the following:

1. The Debtors filed a Chapter 7 case on August 10, 2019 – referred to as the "Petition Date."

2. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the Mortgage, a copy of which is attached as "Exhibit A".

3. The above described Mortgage was given to secure a promissory note – referred to as the "Note" – dated June 21, 2010 and made payable to Creditor in the original sum of $145,889.00, a copy of which is attached as Exhibit "B".

4. The Mortgagee perfected an interest in the Property, more particularly described in the Mortgage in the Office of the Recorder of Marion County, on August 13, 2010 as Instrument Number A201000078306, evidence of perfection is attached within "Exhibit A".

5. Debtors have failed to tender payments owing under the Note and Mortgage for the months of July, 2019 through and including October, 2019 and as of October 8, 2019, the outstanding principal of the Note was $121,288.80 and the outstanding interest was $2,159.30. Attached hereto as Exhibit "C" is the Loan History.

6. The Property is burdensome to the estate and is of inconsequential value and benefit to the

estate. Cause exists to lift the automatic stay since the interest of the Creditor is not being adequately protected and per the terms of the Debtor's Chapter 7 Statement of Intention, the Debtors are surrendering their interest in the Property.

7. In the event the Creditor's Motion is granted, Creditor requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived and said Order be immediately effective.

8. The Creditor hereby waives the right under 11 U.S.C. §362(e) to a hearing on this motion within thirty (30) days of the date it is filed.

10. Creditor also moves the Court for an Order terminating the pending automatic stay to allow Creditor to send to any party or parties who would have been subject to the automatic stay any and all notices required by applicable state and/or federal law or regulation.

11. Creditor further moves the Court to allow Creditor to take such actions with respect to the Real Estate as are provided for under applicable non-bankruptcy law, including but not limited to informing Debtor of any loan modification, short sale, or other loss mitigation options.

WHEREFORE, the Creditor moves the Court to enter an order lifting the automatic stay and abandoning the Property, and granting such other relief as appropriate.

Dated: _10/15/2019_

Fredric Lawrence, Attorney for Creditor
NELSON & FRANKENBERGER
550 Congressional Blvd., Suite 210
Carmel, Indiana 46032
Phone: 317/844-0106
Fax: 317/846-8782
E-mail: rick@nf-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on _____10-15-19_____, a copy of the foregoing Motion for Relief from Stay and to Abandon was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

- Sarah Lynn Fowler    sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com
- Michael J. Hebenstreit    mjh@whzlaw.com, kdt@whzlaw.com;IN58@ecfcbis.com
- Michael W. Hile    mhile@jacobsonhile.com, assistant@jacobsonhile.com
- Weston Erick Overturf    wes.overturf@mbcblaw.com, deidre.gastenveld@mbcblaw.com;ellen.sauter@mbcblaw.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Steven L. Yount    stevenyount@ameritech.net

I further certify that on _____10-15-19_____, a copy of the foregoing Motion for

Relief from Stay and to Abandon was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Craig Michael Mariutto
Kaitlin Ward Mariutto
2436 North Alabama Street
Indianapolis, IN 46205

Fredric Lawrence, Attorney for Creditor